```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILTON WILLIAMS, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

    Plaintiff,

  v.

ENGINEERING SERVICES AND PRODUCTS
COMPANY,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:21-cv-856-GHW

ECF CASE

**STIPULATION OF DISMISSAL**

  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MILTON WILLIAMS, and Defendant, ENGINEERING SERVICES AND PRODUCTS COMPANY, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
   May 12, 2021

| For Plaintiff: | For Defendant: |
|---|---|
| by: _____ | by: S/ Joseph M. Sanderson _____ |
| Jeffrey M. Gottlieb, Esq. | Joseph Myer Sanderson, Esq. |
| Gottlieb & Associates | Kirkland & Ellis LLP |
| 150 East 18th Street | 601 Lexington Avenue |
| New York, NY 10003 | New York, NY 10022 |
| Email: Jeffrey@Gottlieb.legal | Email: Joseph.Sanderson@kirkland.com |
| Phone: (212) 228-9795 | Phone: (212)-446-4759 |
| Fax: (212)-982-6284 | Fax: (212)-446-4900 |

The parties have stipulated to the dismissal of Plaintiff's claims with prejudice. The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

Dated: May 12, 2021
New York, New York

               _____
               GREGORY H. WOODS
              United States District Judge